# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148753(59)(60)(62)

DETROIT EDISON COMPANY,
　　　　Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
　　　　Defendant-Appellant.
_____/

SC:　148753
COA:　309732
Court of Claims:　10-000104-MT

　　　　On order of the Chief Justice, the motion of the Michigan Milk Producers Association to extend the time for filing an amicus curiae brief is GRANTED. The amicus brief will be accepted for filing if submitted on or before February 9, 2015. On further order of the Chief Justice, the separate motions of the Michigan Chamber of Commerce and the Michigan Manufacturers Association for leave to file amicus curiae briefs are GRANTED. The briefs filed by those amici on January 20, 2015, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2015



Clerk